■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES CUFFEE, Appellant. [747 NYS2d 152]

Defendant's constitutional challenge to the procedure under which he was sentenced as a persistent violent felony offender is unpreserved for appellate review and, in any event, is without merit (*see People v Rosen*, 96 NY2d 329, *cert denied* 534 US 899). Concur—Wallach, J.P., Lerner, Rubin, Friedman and Gonzalez, JJ.